GUSTAVE KENZ, Respondent, v. BERNHEIMER & SCHWARTZ PILSENER BREWING COMPANY, Appellant, Impleaded with Others.

*Kenz* v. *Bernheimer & Schwartz Pilsener Brewing Co.*, 162 App. Div. 777, reversed.

(Argued March 14, 1917; decided April 3, 1917.)

APPEAL from a judgment of the Appellate Division of· the Supreme Court in the second judicial department, entered June 3, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages for injuries to the plaintiff's eyesight claimed to have been caused by the inhalation of fumes of methyl alcohol, while in the employment of the defendant Theodor Lutz, a contractor who was engaged in varnishing certain beer vats in defendant's brewery.

*Frank Verner Johnson* and *Amos H. Stephens* for appellant.

*Bertha Rembaugh* and *M. L. Malevinsky* for respondent.

Judgment reversed and new trial granted, costs to abide event, on authority of *Hess* v. *Bernheimer & Schwartz Pilsener Brewing Co.* (219 N. Y. 415).

Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.